William J. Honan
Christopher R. Nolan
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
ARMADA BULKCARRIER, LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CIV 8221**

---

ARMADA BULKCARRIER, LTD.,

        Plaintiff,

-against-

ANDRES RUIZ DE VELASCO S.A.,

        Defendant.

07 Civ. _____

**CORPORATE DISCLOSURE STATEMENT IN ACCORDANCE WITH RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

---

I, Christopher R. Nolan, attorney for Plaintiff Armada BulkCarrier, Ltd., having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Armada BulkCarrier, Ltd. does not have any corporate parents, is not publicly traded, and its shares are not owned by publicly traded companies.

Dated:   New York, New York
          September 20, 2007

HOLLAND & KNIGHT LLP

By: _____
William J. Honan
Christopher R. Nolan
195 Broadway
New York, NY 10007-3189
Tel:   (212) 513-3200
Fax:  (212) 385-9010

*Attorneys for Plaintiff
Armada BulkCarrier, Ltd.*

# 4803590_v1