CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
ARMADA BULKCARRIER, LTD.,                  :
                                           :
                                           :
                      Plaintiff,           :     **07-CV-8221**
                                           :
           v.                              :     **NOTICE OF**
                                           :     **APPEARANCE**
ANDRES RUIZ DE VELASCO S.A.,               :
                                           :
                                           :
                                           :
                      Defendants.          :
---------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

   Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       September 25, 2007

                         CLARK, ATCHESON & REISERT
                         Attorneys for Garnishee
                         Societe Generale New York Branch

             By:         _____
                         Richard J. Reisert (RR-7118)
                         7800 River Road
                         North Bergen, NJ  07047
                         Tel: (201) 537-1200
                         Fax: (201) 537-1201
                         Email:  reisert@navlaw.com