William J. Honan
Christopher R. Nolan
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARMADA BULKCARRIER, LTD.,

        Plaintiff,

-against-

ANDRES RUIZ DE VELASCO S.A.,

        Defendant.

07 Civ. 8221 (CM) (MHD)

**NOTICE OF VOLUNTARY DISMISSAL**

---

**PLEASE TAKE NOTICE THAT**, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff Armada Bulkcarrier, Ltd., by and through its attorneys of record, dismisses this action with prejudice.

Dated: New York, New York
       December 18, 2007

HOLLAND & KNIGHT LLP

By: _____
Christopher R. Nolan
195 Broadway
New York, NY 10007-3189
Tel:  (212) 513-3200
Fax:  (212) 385-9010

*Attorneys for Plaintiff
Armada Bulkcarrier, Ltd*

12/18/2007